# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDAN ROSENBLATT, Individually and On Behalf of All Others Similarly Situated,  )<br>  )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>SENDGRID, INC., WARREN ADELMAN, AJAY AGARWAL, FRED BALL, BYRON DEETER, SAMEER DHOLAKIA, ANNE RAIMONDI, HILARY SCHNEIDER, SRI VISWANATH, TWILIO INC., and TOPAZ MERGER SUBSIDIARY, INC.,  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>Defendants.   ) | Case No. 1:18-cv-01931-RGA<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jordan Rosenblatt ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Plaintiff only. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: February 11, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: /s/ Brian D. Long
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*